IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GUADALUPE PADILLA, § | | |
| PETITIONER, § | | |
| § | | |
| V. § | A-23-CV-776-RP | |
| § | | |
| BOBBY LUMPKIN, § | | |
| RESPONDENT. § | | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed in part and denied in part Petitioner Guadalupe Padilla's petition for writ of habeas corpus. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Guadalupe Padilla's petition for writ of habeas corpus is hereby **DISMISSED IN PART AND DENIED IN PART**. The Court dismissed without prejudice for want of jurisdiction Petitioner's petition to the extent he challenges his convictions and denied the remainder.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on July 20, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE